# Exhibit M

| | |
|---|---|
| **Report Title:** | HR Case Details |
| **Run Date and Time:** | 2021-04-15 13:31:24 Central Daylight Time |
| **Run by:** | Lauren Pierce |
| **Table name:** | sn_hr_core_case |

## HR Case

| | | | |
|---|---|---|---|
| Number: | HRC2955937 | State: | Closed Complete |
| Transferred from: | | Follow up: | |
| Transferred To: | | Unprocessed fax: | false |
| Opened for: | Susie Hoffman | Priority: | 4 - Low |
| Email Address: | | Source: | Phone |
| Subject person: | Susie Hoffman | Opened: | 2021-02-15 15:27:27 |
| Subject person Employee number: | U125185 | Opened by: | Monika Adamczyk |
| Subject person Location: | EWR | HR service: | General HR Services Question |
| Division: | Inflight | Subservice: | Voluntary Separation Leave (VSL) Program |
| Assignment group: | HR Operations | | |
| Assigned to: | Monika Adamczyk | Category: | |
| Parent: | | Watch list: | susieinfl@hotmail.com |
| HR profile: | Susie Hoffman | Template: | General HR Services Question |
| PDF Template: | | Resolution Code: | Closed Complete |
| | | Resolved Date: | 2021-02-15 15:58:37 |
| | | Region: | |

| | |
|---|---|
| Short description: | |
| VSL Eligibility for retirees | |
| Description: | |
| Employee called in regards to asking how this VSL program relates to the Early Out lookback that Oscar announced in 2017. | |
| Subject person HR profile VSL: Eligibility: | |
| Subject person HR profile VSL: Work Status (as of 30SEP2020): | |
| Subject person HR profile VSL: Travel Program: | |
| Subject person HR profile VSL: Bridge Eligibility: | |
| Subject person HR profile VSL: Accruing CARP Benefit Service: | |
| Development State: | |
| Release Date: | |
| Resolution Notes: | |
| Impacted User Group: | |
| Select | |
| Roadmap Item: | |
| ServiceNow Release: | |
| Related DT Case (Story, HI Ticket): | |
| Dependencies: | |
| Spend: | |
| $0.00 | |
| uSAW Case number: | |
| Legacy HR Case: | |
| Link to Legacy HR Case: | |
| HTML Submission: | |
| Call back number: | |

## Comments and Work Notes

| Comments Template: | | Work Notes Template: | |
|---|---|---|---|

Additional comments:

Work notes:

2021-02-15 15:58:02 - Monika Adamczyk (Work notes)
Employee called in regards to asking how this VSL program relates to the Early Out lookback that Oscar announced in 2017.

Within the FAQ it states:

How does this program relate to the Early Out lookback that Oscar announced in 2017?

This program is not an early out, which is a financial incentive program that provides cash upon separation. This Program provides paid leave or medical and pass travel enhancements. These types of benefits are excluded from the 2017 policy, which was updated in 2020. For details, please refer to Sunsetting our early out policy.

This is retired employees are not eligible for the VSL.