# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Micheal (Susie) Hoffman, et al.

                                      Plaintiff,

v.                                                          Case No.: 1:21−cv−06395
                                                                 Honorable Robert M. Dow Jr.

United Airlines, Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 23, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held telephonically. Defendants' unopposed motion for reassignment of related cases (Yustman v. United Airlines, Inc., No. 1:22−cv−01311, before Judge Coleman and and Loucks v. United Airlines, Inc., No. 1:22−cv−01390 before Judge Valderrama) pursuant to Local Rule 40.4 [33] is granted. Executive Committee orders to follow. A further telephone conference is set for 4/19/2022 at 9:00 a.m. Participants should use the Court's toll−free, call−in number 877−336−1829, passcode is 6963747. Joint status report is due by 4/15/2022. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.