# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Micheal (Susie) Hoffman, et al.

                              Plaintiff,

v.                                          Case No.: 1:21−cv−06395
                                            Honorable Robert M. Dow Jr.

United Airlines, Inc., et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 12, 2022:

     MINUTE entry before the Honorable Robert M. Dow, Jr: In view of the filing of a consolidated amended complaint in Case No. 21−cv−6395, the related cases (Case Nos. 22−cv−1311 and 22−cv−1390) will be closed. Upon review of the joint status report [43], the Court agrees that the parties should proceed with the limited discovery identified in paragraph 2. In view of the potential complexity of the discovery in this putative class action case and the unprecedented volume of trials expected in the next year or two, including approximately a dozen criminal trials in the queue, this case will be referred to Magistrate Judge Gilbert for all discovery supervision and any discovery motions, as well as a settlement conference if requested by the parties. Judge Gilbert can work with counsel to determine how much, if any, of the additional discovery requested by Plaintiffs in paragraph 3 should commence at this time. The briefing schedule on the anticipated motion to dismiss [see 41] remains in place. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.