UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHEAL (SUSIE) HOFFMAN, MARGARETT ROUMAIN, GREGORY FRANK, VICTOR YUSTMAN, VICTORIA FELLOWS, MARIA DEGLAUVE, RON OZAKI, BERNHARD J. ORNELLAS, ERNEST HEWSON, DONNA LOUCKS, ROXANN MERLINI, and JO GAWLER,<br><br>      Plaintiffs,<br><br>   v.<br><br>UNITED AIRLINES, INC., UNITED AIRLINES 36-MONTH SUPPLEMENTAL BENEFIT PLAN, UNITED AIRLINES FRONTLINE VOLUNTARY SEPARATION PROGRAM (VSP2), UNITED AIRLINES FRONTLINE VOLUNTARY SEPARATION LEAVE (VSL) PROGRAM, UNITED AIRLINES CONSOLIDATED WELFARE BENEFIT PLAN, and UNITED AIRLINES RETIREE MEDICAL PROGRAM,<br><br>      Defendants. | Consolidated<br>Civil Action No. 1:21-cv-06395<br><br>Honorable Robert M. Dow, Jr. |

## DEFENDANTS' MOTION TO DISMISS

Defendants hereby move to dismiss the consolidated amended complaint (the "Complaint") filed by Plaintiffs (ECF 42). For the reasons stated in the accompanying Memorandum of Law and supporting declaration, all claims against the Defendants should be dismissed in their entirety and with prejudice because under Rule 12(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs have failed to state a claim upon which relief can be granted.

WHEREFORE, Defendants respectfully request dismissal of the Complaint.

1

Dated: June 1, 2022                     Respectfully Submitted,

<div style="margin-left: 2em;">

*/s/ Brian Boyle*
O'MELVENY & MYERS LLP
Brian D. Boyle
Shannon M. Barrett
M. Tristan Morales
1625 Eye Street, N.W.
Washington, DC 20006-4001
Telephone: (202) 383-5300
bboyle@omm.com
sbarrett@omm.com
tmorales@omm.com

Larry S. Kaplan
lkaplan@kmazuckert.com
Marnie A. Holz
mholz@kmazuckert.com
KMA ZUCKERT LLC
200 W. Madison Street, 16th Fl.
Chicago, IL 60606
Tel: (312) 345-3000
Fax: (312) 345-3119

*Attorneys for Defendants*

</div>

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on June 1, 2022, pursuant to Fed. R. Civ. P. 5 and LR 5.5, a true and correct copy of the foregoing Defendants' Motion to Dismiss was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the Court.

<div style="text-align: right;">

*/s/ M. Tristan Morales*
M. Tristan Morales
*Attorney for Defendants*

</div>