# Exhibit B

## Frequently Asked Questions (FAQs)

**What change are we announcing?**

The company is announcing that if we introduce an early out program for any of our workgroups, any member of an eligible workgroup who has previously retired in good standing within the previous 36 months will receive the financial benefits of that early out. The eligibility window is 36 months from the "closing date" of any early out program (the last day that anyone can sign up to participate in the early out).

**Who is eligible for this?**

Any retiree who was in good standing at the time of retirement and who retired within the 36 months before the closing date of the early out program is eligible.

The company's criteria to be classified for retiree status are:

- Must be at least 50 years of age and have completed at least 20 years of service; OR
- Must be at least 55 years of age and have completed at least 10 years of service

**What work groups and employees are included in this announcement?**

All employees in all workgroups are included in this announcement, including management, administrative and all operational groups.

**If I am retired, how will I know if the company offers an early out and I would have been eligible to participate as a retiree?**

In the unlikely scenario that we announce an early out, the company will look back at retirements that occurred during the applicable timeframe, identify all eligible retired employees and notify them.

**What do we mean by being eligible to receive the "financial benefits" of an early out?**

The company will provide any corresponding monetary amount that the retiree would have been eligible for under the designated eligibility criteria for the early out plan being offered. Early outs may have varying degrees of payments depending on years of service, so retirees would get whatever they would have been eligible for under the terms and conditions of any early out program offered. This does not include any other benefits or travel offered under the early out.

**If I am a retiree, does that mean that I am automatically eligible for any early out financial benefits for my workgroup?**

You will be eligible to receive the financial benefits of any early out program which applies to the last workgroup you worked in immediately prior to retirement. Any participant in an early out program must first meet the defined program participation criteria, which may include a defined number of years of service or seniority, geographic or location-specific criteria, belonging to a certain subset of any defined workgroup, or any other criteria that the company may impose for

any participant in the Early Out program. These criteria are determined as of the date when the individual retired. A retiree will not accrue seniority for any purpose while retired.

**If someone retired under a prior early out program before the announcement of this policy, are they eligible?**

No. This policy is applicable to employees who retire after the effective date of this policy. Individuals who retired before the effective date or under a prior Early Out Program are not eligible.

**Why are we changing our policy and making this type of announcement?**

During visits throughout the system from Oscar and many other senior leaders, employees frequently ask when they can expect another early out opportunity so they can plan for retirement. We've looked into this question with the seriousness and depth that it deserves. Our conclusion is that we will not have an early out anytime in the future. Generally, an early out makes sense when a company is getting smaller. But that's not where the new United is headed. Instead, we're entering an exciting growth phase during which we intend to hire employees in many locations. An early out doesn't make sense in the context of a thriving, growing company like the United we're building together. So we're adding a clause to our retirement policy such that if something dramatic happens in the industry and we decide to offer an Early Out within 36 months after you retire, you would be eligible for the financial benefits of the program even after retiring.

**What does it mean to retire "in good standing"?**

Examples of employees who **do not** retire "in good standing" include, but are not limited to, employees who retire during a pending investigation, employees who retire while on a paid or unpaid suspension, and employees who retire in lieu of termination of employment. The company reserves the right to determine whether an employee retires "in good standing."

**Can an heir or an estate benefit from this policy?**

No, only a retired employee is eligible for any Early Out benefits. Benefits are not awarded to heirs or an estate.