**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHEAL (SUSIE) HOFFMAN, MARGARETT ROUMAIN, GREGORY FRANK, VICTOR YUSTMAN, VICTORIA FELLOWS, MARIA DEGLAUVE, RON OZAKI, BERNHARD J. ORNELLAS, ERNEST HEWSON, DONNA LOUCKS, ROXANN MERLINI, and JO GAWLER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED AIRLINES, INC., UNITED AIRLINES 36-MONTH SUPPLEMENTAL BENEFIT PLAN, UNITED AIRLINES FRONTLINE VOLUNTARY SEPARATION PROGRAM 2 (VSP2), UNITED AIRLINES FRONTLINE VOLUNTARY SEPARATION LEAVE (VSL) PROGRAM, UNITED AIRLINES CONSOLIDATED WELFARE BENEFIT PLAN, and UNITED AIRLINES RETIREE MEDICAL PROGRAM, <br><br> Defendants. | Consolidated <br> Civil Action No. 21-cv-06395 <br><br> Honorable John J. Tharp, Jr. |

**JOINT MOTION TO EXTEND STAY PENDING MEDIATION**

Plaintiffs and Defendants (collectively the "Parties"), by and through their respective counsel, hereby jointly move to extend the current stay of proceedings for an additional twenty-one (21) days, extending the current stay from, as currently set, July 26, 2023, to and through August 16, 2023, so that the Parties can devote their time and resources to a mediation in the above-captioned matter. In support of this Joint Motion, the Parties state as follows:

1. The Parties will attend an in-person mediation on July 27, 2023 at 9:30 A.M. Former Northern District of Illinois Judge James F. Holderman will serve as mediator. July 27,

2023 was the earliest mutual agreeable date between all parties and Judge Holderman.

2. An extension of the stay of this litigation will permit the Parties to continue focusing their time and resources on the mediation process.   A stay will also conserve the Court's time and resources, including with respect to the fully briefed and currently-pending Defendants' Motion to Dismiss (ECF 58), as well as any potential disputes regarding the scope of limited discovery pending resolution of that motion.

3. Therefore, the Parties respectfully request that the Court extend the stay of this litigation, including any ruling on Defendants' Motion to Dismiss, for a period of approximately 21 additional days, extending the stay from July 26, 2023, to and through August 16, 2023. If the Court agrees to enter the stay as requested, the Parties will submit a status report to the Court on or before the expiration of the stay period indicating whether the Parties have been able to resolve the dispute through mediation.

WHEREFORE, the Parties respectfully request that the Court stay the proceedings in the above-referenced matter to and through August 16, 2023.

Dated: July 24, 2023                                    Respectfully submitted,


*/s/ Elizabeth Hopkins*

Elizabeth Hopkins                          Jamie S. Franklin,
Susan L. Meter                              ARDC No. 6242916
Kantor & Kantor, LLP                        The Civil Litigation Clinic at
19839 Nordhoff Street                       Chicago-Kent School of Law
Northridge, CA 91324                        565 West Adams Street, Suite 600
818-886-2525 (Phone)                        Chicago, IL 60661
818-350-6272 (Fax)                          312-906-5048 (Phone)
ehopkins@kantorlaw.net                      312-906-5299 (Fax)
slempert@kantorlaw.net                      jfranklin5@kentlaw.iit.edu
smeter@kantorlaw.net

Jeffrey Lewis
Keller Rohrback L.L.P.
180 Grand Avenue, Suite 1380
Oakland, CA 94612
(510) 463-3900 (Phone)
(510) 463-3901 (Fax)
jlewis@kellerrohrback.com

David S. Preminger
Keller Rohrback L.L.P.
1140 Avenue of the Americas,
Ninth Floor
New York, NY 10036
(646) 380-6690 (Phone)
(646) 380-6692 (Fax)
dpreminger@kellerrohrback.com

Mark D. DeBofsky
DeBofsky Sherman Casciari
Reynolds P.C.
150 N. Wacker Dr., Suite 1925
Chicago, IL 60606
(312) 561-4040 (Phone)
(312) 929-0309 (Fax)
mdebofsky@debofsky.com

*Counsel for Plaintiffs*

*/s/ Brian D. Boyle*

Brian D. Boyle
Shannon M. Barrett
M. Tristan Morales (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
bboyle@omm.com
sbarrett@omm.com
tmorales@omm.com

Larry S. Kaplan
Marnie A. Holz
KMA ZUCKERT LLC
200 W. Madison Street, 16th Fl.
Chicago, IL 60606
lkaplan@kmazuckert.com
mholz@kmazuckert.com
*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I, Brian D. Boyle, hereby certify that on July 24, 2023, I electronically filed the foregoing Joint Motion to Extend Stay Pending Mediation using the CM/ECF system, which will send notification of such filing to all registered participants.

/s/ Brian D. Boyle
Brian D. Boyle
*Attorney for Defendants*

2