# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Micheal (Susie) Hoffman, et al.

                                      Plaintiff,

v.                                                                              Case No.: 1:21−cv−06395
                                                                            Honorable John J. Tharp Jr.

United Airlines, Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 25, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr:The parties' joint motion to extend stay pending mediation [74] is granted. The stay is extended to 8/16/23. A status report on the status of mediation is due on or before that date. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.