UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHEAL (SUSIE) HOFFMAN, MARGARETT ROUMAIN, GREGORY FRANK, VICTOR YUSTMAN, VICTORIA FELLOWS, MARIA DEGLAUVE, RON OZAKI, BERNHARD J. ORNELLAS, ERNEST HEWSON, DONNA LOUCKS, ROXANN MERLINI, and JO GAWLER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED AIRLINES, INC., UNITED AIRLINES 36-MONTH SUPPLEMENTAL BENEFIT PLAN, UNITED AIRLINES FRONTLINE VOLUNTARY SEPARATION PROGRAM 2 (VSP2), UNITED AIRLINES FRONTLINE VOLUNTARY SEPARATION LEAVE (VSL) PROGRAM, UNITED AIRLINES CONSOLIDATED WELFARE BENEFIT PLAN, and UNITED AIRLINES RETIREE MEDICAL PROGRAM, <br><br> Defendants. | Consolidated <br> Civil Action No. 21-cv-06395 <br><br> Honorable John J. Tharp, Jr. |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Defendants respectfully request that this Court grant Larry S. Kaplan leave to withdraw his appearance as one of the attorneys of record in this matter. In support of this motion, Defendant states as follows:

1. Since January 31, 2022, Larry S. Kaplan has been one of the attorneys of record for Defendants.

2. Ms. Marnie A. Holz has left the firm of KMA ZUCKERT LLP.

3. Defendants will continue to be represented by Ms. Marnie A. Holz from the firm GREENSPOON MARDER LLP.

WHEREFORE, Defendants respectfully request that the Court grant Larry S. Kaplan leave to withdraw as one of the attorneys of record in this action.

**DATED:** July 26, 2024

Respectfully submitted,

Larry S. Kaplan (lkaplan@kmazuckert.com)
KMA ZUCKERT LLP
227 West Monroe Street, Suite 3650
Chicago, Illinois 60606
T: (312) 345-3000 F: (312) 345-3119

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that, on July 26, 2024, pursuant to Fed. R. Civ. P. 5 and LR 5.5, a true and correct copy of the foregoing Motion to Withdraw as Counsel was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the court.

                                                    */s/ Larry S. Kaplan*
                                                    Larry S. Kaplan