**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL (SUSIE) HOFFMAN, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | No. 21 CV 06395 |
| v. | ) | Judge John J. Tharp, Jr. |
| | ) | |
| UNITED AIRLINES, INC., et al | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT ORDER**

This action having been decided by Judge John J. Tharp, Jr. on plaintiffs' motion for dismissal, it is hereby ORDERED:

Judgment is hereby entered in favor of defendants United Airlines, Inc., United Airlines 36-month Supplemental Benefit Plan, United Airlines Voluntary Separation Program 2(VSP2), United Airlines Frontline Voluntary Separation Leave (VSL) Program, United Airlines Consolidated Welfare Benefit Plan, and United Airlines Retiree Medical Program and against Plaintiffs Michael (Susie) Hoffman, Margarett Roumain, Gregory Frank, Victor Yustman, Victoria Fellows, Maria Deglauve, Ron Ozaki, Bernard J. Ornellas, Ernest Hewson, Donna Loucks, Roxann Merlini, Jo Gawler and Robert Kearney. Defendants shall recover costs from plaintiffs.


Dated: May 15, 2025

/s/ John  J. Tharp, Jr.
John J. Tharp, Jr.
United States District Judge