# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHEAL (SUSIE) HOFFMAN, JUDITH DUPOUX, ON BEHALF OF THE ESTATE OF MARGARETT ROUMAIN, GREGORY FRANK, VICTOR YUSTMAN, VICTORIA FELLOWS, MARIA DEGLAUVE, RON OZAKI, ERNEST HEWSON, DONNA LOUCKS, ROXANN MERLINI, JO GAWLER, and ROBERT KEARNEY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED AIRLINES, INC., UNITED AIRLINES 36-MONTH SUPPLEMENTAL BENEFIT PLAN, UNITED AIRLINES FRONTLINE VOLUNTARY SEPARATION PROGRAM 2 (VSP2), UNITED AIRLINES FRONTLINE VOLUNTARY SEPARATION LEAVE (VSL) PROGRAM, UNITED AIRLINES CONSOLIDATED WELFARE BENEFIT PLAN, and UNITED AIRLINES RETIREE MEDICAL PROGRAM,<br><br>　　　　Defendants. | Consolidated<br>Civil Action No. 21-cv-06395<br><br>Honorable John J. Tharp, Jr. |

## PLAINTIFFS' UNOPPOSED MOTION FOR INDICATIVE RULING UNDER FED. R. CIV. P. 62.1

Plaintiffs Micheal (Susie) Hoffman, Judith Dupoux on behalf of the Estate of Margarett Roumain, Gregory Frank, Victor Yustman, Victoria Fellows, Maria DeGlauve, Ron Ozaki, Ernest Hewson, Donna Loucks, Roxann Merlini, Jo Gawler, and Robert Kearney, by and through their attorneys of record, hereby timely move for an indicative ruling in accordance with Federal Rules of Civil Procedure 62.1 based on a settlement agreement reached by the parties during appeal to the Seventh Circuit Court of Appeals prior to the issuance of a judgment by the Court of Appeals.

There is no opposition to this motion. This Motion is based on this Notice of Motion, Memorandum of Points and Authorities in Support of this Motion, Declarations, Exhibits and all papers and pleadings on file with this Court.

WHEREFORE, Plaintiffs pray that this Court grant this Motion and issue an indicative ruling stating that it is inclined to grant preliminary approval of the proposed settlement in the event the case is remanded by the Seventh Circuit Court of Appeals.

Dated: March 11, 2026　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Susan L. Meter*
　　　　　　　　　　　　　　　　　　　　　　Susan L. Meter

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

| | |
|---|---|
| Susan L. Meter (*admitted pro hac*)<br>Samantha L. Brener (*admitted pro hac*)<br>Kantor & Kantor, LLP<br>9301 Corbin Ave., Suite 1400<br>Northridge, CA 91324<br>(818) 886-2525 (Phone)<br>(818) 350-6272 (Fax)<br>smeter@kantorlaw.net<br>sbrener@kantorlaw.net | Mark D. DeBofsky<br>DeBofsky Law Ltd.<br>2 North Riverside Plaza, Suite 1420<br>Chicago, IL 60606<br>(206) 681-2581 (Phone)<br>(312) 929-0309 (Fax)<br>mdebofsky@debofsky.com |
| Jamie S. Franklin<br>ARDC No. 6242916<br>The Civil Litigation Clinic at<br>Chicago-Kent School of Law<br>565 West Adams Street, Suite 600<br>Chicago, IL 60661<br>(312) 906-5048 (Phone)<br>(312) 906-5299 (Fax)<br>jfranklin5@kentlaw.iit.edu | Jeffrey Lewis (*admitted pro hac*)<br>Keller Rohrback L.L.P.<br>180 Grand Avenue, Suite 1380<br>Oakland, CA 94612<br>(510) 463-3900 (Phone)<br>(510) 463-3901 (Fax)<br>jlewis@kellerrohrback.com |

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 11, 2026, pursuant to Fed. R. Civ. P. 5 and LR 5.5, a true and correct copy of the foregoing:

**PLAINTIFFS' UNOPPOSED MOTION FOR INDICATIVE RULING UNDER FED. R. CIV. P. 62.1**

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' UNOPPOSED RULE 62.1 MOTION FOR INDICATIVE RULING**

**DECLARATION OF SUSAN L. METER IN SUPPORT OF PLAINTIFFS' UNOPPOSED RULE 62.1 MOTION FOR INDICATIVE RULING**

were filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the Court.

>*/s/ Susan L. Meter*
>Susan L. Meter
>
>*Attorney for Plaintiffs*